■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY C. HARRIS, III, Appellant. [33 NYS3d 799]—Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered May 8, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SOLOMON L. WEEMS, Appellant. (Appeal No. 2.) [33 NYS3d 921]—Appeal from a judgment of the Monroe County Court (James J. Piampiano, J.), rendered February 14, 2013. The judgment convicted defendant, upon his plea of guilty, of rape in the first degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Weems* ([appeal No. 1] 141 AD3d 1119 [2016]). Present—Centra, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CY T. GIBSON, Appellant. [33 NYS3d 799]—Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered February 9, 2015. The judgment convicted defendant, upon his plea of guilty, of robbery in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

■ In the Matter of STEPHEN B. MANION, an Attorney, Resignor. [33 NYS3d 921]—Order entered accepting resignation and striking name from roll of attorneys, pursuant to 22 NYCRR 1022.26 (a). Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed June 21, 2016.)